FILED '24 01 08 PM01:20 MDGA-ALB

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
Macon DIVISION

QUESTIONNAIRE FOR THE PRISONERS PROCEEDING
PRO SE UNDER 42 U.S.C. § 1983

Denver Fenton Allen, Esq.
AKA "Mobb'SHIT' monsta!!
Mostro - monsta
Don Corleone

(GIVE FULL NAME AND PRISON NUMBER OF PLAINTIFF)

Plaintiff

VS.

DWCT. Tillman. GDCP. SMU
DWS. Wiley. GDCP. SMU
Warden Williams GDCP-SMU
GDC. Dept. of corrections.

(NAME OF EACH DEFENDANT)

United States of America.

Defendant(s)

CIVIL ACTION NO: ____

Defendant: World H. organization
FDA. all 7 continents
MD. Howard
MD. Sharma
MD. Burnside
MD. Fagan
RN. Fuller Reaves.

Defendant: All 7 continents.
Africa
Europe
Asia
N. America
S. America
Australia
Antartica

also: Moralez
Ford
Thorton
Ball
Hargrove
Mack
Rozier

## I. GENERAL INFORMATION

1. Your full name and prison number Denver Allen #1149092.
2. Name and location of prison where you are now confined GDCP. SMU. Jackson S.P.
3. Sentence you are now serving (how long?) Life W/O Parole
   (a) What were you convicted of? (Murder)
   (b) Name and location of court which imposed sentence FCSO - 2 Govt. Plaza Rome Ga. 30161.
   (c) When was sentence imposed? 12/13/17.
   (d) Did you appeal your sentence and/or conviction? Yes ☐ No ☑
   (e) What was the result of your appeal? I try to appeal a forced plea gained by 516-10120 by DA Martin & Morgan.

**(f) Approximate date your sentence will be completed** Death 00 000000

## II. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

**4. Other than an appeal of your conviction or sentence, and other than any habeas action, have you filed a lawsuit dealing with the same or similar facts or issues that are involved in this action?**

**Yes** [✓] **No** [ ]

**5. If your answer to question 4 is "Yes," list that lawsuit below, giving the following information:**

**(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)**

**(a) Parties to the previous lawsuit INVOLVING SAME FACTS:**

**Plaintiff(s):** Cannot produce information. records stolen by Prison admin, Snowden - Sch.Veal in 2015 & up

**Defendant(s):** to current date has stolen by Wiley. Hugine, Wiley by 12/13/23. (ongoing)

**(b) Name of Court:** ______

**(c) Docket Number:** ______ **When did you file this lawsuit?** ______

**(d) Name of judge assigned to case:** ______

**(e) Is this case still pending?** **Yes** [ ] **No** [ ]

**(f) If your answer to (e) is "No", when was it disposed of and what were the results?**

**(DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)**

______

______

**6. Other than an appeal of your conviction or sentence, and other than any habeas action, have you ever filed any lawsuit while incarcerated or detained?** **Yes** [ ] **No** [ ]

**7. If your answer to question 6 is "Yes," list that lawsuit below, giving the following information:**

**(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)**

**(a) Parties to the previous lawsuit:**

**Plaintiff(s):** ______

**Defendant(s):** ______

**(b) Name of Court:** ______

**(c) Docket Number:** ______ **When did you file this lawsuit?** ______

**(d) Name of judge assigned to case:** ______

**(e) Is this case still pending?** **Yes** [ ] **No** [ ]

**(f) If your answer to (e) is "No", when was it disposed of and what were the results?**
**(DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)**

Every thing I File is concrete. The court abuse court Judicial power comm 9-16-10-20 & dismiss all.

**8. AS TO ANY LAWSUIT FILED IN ANY FEDERAL COURT in which you were permitted to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?** Yes [✓] No [ ]

**If your answer is Yes, state the name of the court and docket number as to each case:**

Bcso mitchell & Waiter — #4:11-cv-189-HLM-WCJ.

## III. PLACE OF INCIDENT COMPLAINED ABOUT

**9. Where did the matters you complain about in this lawsuit take place?** BCSO, CSH, ASMP, GDCP, Smu, BSP, VSP, FCSO, HSP & NWPDC.

**(a) Does this institution have a grievance procedure?** Yes [✓] No [ ]

**(b) If your answer to question 9(a) is "Yes", answer the following:**

**(1) Did you present your complaint(s) herein to the institution as a grievance?**

Yes [✓] & No [✓]

**(2) If Yes, what was the result?** Every Gr. I File here & Statewide dismissed a systematic abuse & neg. + med. mal practice Gross Fashion at every Facility False med. record False Gr. procedure statements

**(3) If No, explain why not:** To the extent did not File cause improper gr. & prea procedure. To recent date Tillman refuse to let File & exhaust gr. as mack & Lossie & other adm. named do For 5½ yr. I File alot at VSP, ASMP, BCSO & FCSO.

**(c) What, if anything else, did you do or attempt to do to bring your complaint(s) to the attention of prison officials? Give dates and places and the names of persons talked to.**

I've talked to Marshall, Spivey, Bentley, Anderson, Jordan, + others about False Imprisonment + kidnapp, Felony violation oath to office by all Dept. SMU 4/12/05.

**(d) Did you appeal any denial of your grievance to the highest level possible in the prison system?** Yes ☐ No ☑

**(1) If Yes, to whom did you appeal and what was the result?** I try to appeal really appeal 4 here over 5 in yr, and admin will not let appeal.

**(2) If No, explain why you did not appeal:** I got 28 active gr out, latest theft by Wiley on 12/13/23. (well doc) I got a 18,000 -26,000 pg. loss on SMU.

**10. In what other institutions have been confined? Give dates of entry and exit.**

3/3/00, 3/12/00, 5/10/00, 12/27/00, 1/10/01, 12/10/97, 3/23/01, 11/21/01, 3/4/02, 6/11/02, 10/14/02, 5/10/03, 12/17/02, 1/23/03, 12/18/03, 9/12/03, 9/23/03, 1/4/05, 2/1/05, 3/31/05, 4/12/05, 4/19/05, 5/23/05, 7/5/05, 8/18/05, 2/27/06, 11/7/06, 9/18/07, 1/27/07, 7/21/08, 12/07/07, 7/22/08, 1/15/08, 12/23/08, 1/10/09, 1/19/09 etc.

## IV. PARTIES TO THIS LAWSUIT

**11. List your CURRENT place of incarceration/mailing address.**

GDCP SMU
P.O. Box 3877
Jackson, Ga 30213

**12. List the full name, the official position, and the place of employment of each defendant in this lawsuit.** (ATTACH ADDITIONAL PAGESIF NECESSARY)

| | | |
|---|---|---|
| DWCT Tillman | DWCT | GDCP-SMU |
| DWS Wiley | DWS. | GDCP-SMU |
| Warden Williams | Warden | GDCP-SMU |
| USA | US Govt. | USA |

All 7 continents: Asia, Africa, Europe, N. America, S. America, Australia + Antartica.

## V. STATEMENT OF CLAIM

**13. In the space hereafter provided, and on separate sheets of paper if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court WHAT you contend happened to you, WHEN the incident(s) you complain about occurred, WHERE the incident(s) took place, HOW your constitutional rights were violated, and WHO violated them? Describe how each defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.**

**DO NOT GIVE ANY LEGAL ARGUMENT OR CIT ANY CASES OR STATUTES AT THIS TIME; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULES 8 OF THE FEDERAL RULES OF CIVIL PROCEDURE REQUIRES THAT PLEADINGS BE SIMPLE, CONCISE, and DIRECT! If the court needs additional information from you, you will be notified.**

**WHERE did the incident you are complaining about occur? That is, at what institution or institutions?** GDCP. SMU. ASMP. BSP. VSP. HSP. GA. RS. Hispital. CSH. NWPDC. CSH. BCSO FCSO

**WHEN do you allege this incident took place?** 4/2/05 - 12/18/23. ongoing.

**WHAT happened?** I up an original 700 pg. notarized 1983 statement 318 pg. stolen by Hogan recently also Wiley stole 10 sealed envelopes with 20 or so gr receipts on stolen claim last wk. on 12/13/23. I Doctor a class action. Note: Tony Perotti 2 Jr. Mm stole lawsuit on CSH from me 2 more 30 or 36 or so 1983's steal money + expired contract + do not got written verbal consent nor power of attorney. Forged doc. Fraud doc. Forged signature, grand theft, Fraud, Forgery, larceny, money laundering, Do not got permission or oral power of attorney to steal my money. I doc. smm on site 24/7 + cops here poison + pay people to rob, assault, mtn, pills to try to force to buy & accept with spirit co WL Dept cases & matter. [illegible] 19 Hit smm on site.

$500,000,000,000,000,000,000,000,000 $.

**STATEMENT OF CLAIM**

18. Describe each and every **FACT**—no opinions or views, only the actual events—supporting and explaining the basis for the lawsuit you have filed. **DESCRIBE HOW EACH DEFENDANT IS INVOLVED**. Include also the names of other persons involved, dates and places. If you intend to allege a number of related claims, you should number and set forth each claim separately. **DO NOT GIVE ANY LEGAL ARGUMENT OR CITE ANY CASES OR STATUTES.** (You may attach additional sheets of paper if necessary.)

#1. Sexual harrassment + discrimination: Ashley asked me to fuck her in the Anus for a baked potatoe + bologna sandwhich, poisoned me in tamp. medicine, + in food, by giving pills/prolixin + info. to Theresa Bottles + Sgt. Bottles, to have orderlys' put on my treys, at chow call. She got fired + did Bottle, Sgt. D. Nurse Dewayne asked me to eat an E-clair + a twinky out his ass. I had Gang taskforce Marks review video/audio footage of harrassment. He was also involved in tamp. with my pills + food with prolixin + Haldal; he got fired. Nurse Livingston told me she'd cut my pkg. off + put it on her nightstand, would fuck out the butt, for Bologna + baked potato; wanted to choke + shoot me in the head, on camera, + played a roll in tamp. with medicine + Food, with prolixin + haldal. Marks investigated, she got fired. Nurse Diwayne was the worst. Geremy, the charge nurse, foundeled my toe, asked to see my penus, tamp. with med. + food, by use of prolixon + has not been fired. They've all called me a queer, + faggot! Floyd co. Jail Liable on all counts. Compton called me a queer + all the defendants violated, ck. U-Tube.com + Jail MH records/grievance File.

#2 racial discrimmation by callin' me a ghost, nigga, wap, spik + wet back.

#3. Deprived me of character in papers + rumers fed info. on unauthorized release.

19. List the name and present address of every person who you believe was a witness to the facts set forth in number 18 and **BRIEFLY** state what each person knows (from having seen, heard, etc.) concerning what happened.

Joseph Jackson: Overhears the harrassment + verbal remarks. He is in Iso. too. People talk, like Canada + marks. Rumors are being spread. There was an unauthorized release of info. dealing with a rape in early 2001, in my File now, gained under False pretense, coax, coercion, in impression for med. records on priapism cond. from DOC/ + Spalding reg. Hospital. I've tried verbally + in writting through Livingston + Sherri, to revoke signature for release of records. Just this, morning, Geremy told me to shave my ass in front of Banks + 2 orderlys, on 02/25/17.

JOHN A. YOUNG, JR. COMMISSION EXPIRES NOTARY PUBLIC JULY 15, 2024 MONROE COUNTY, GEORGIA

John A Young Jr
Witness

Denver Allen
Denver Fenton Allen

[illegible] to [illegible]

Clerk [illegible] Brown [illegible] [illegible] [illegible]

[illegible] [illegible] [illegible] [illegible] [illegible]

it [illegible] [illegible] And [illegible] [illegible] [illegible]

[illegible] [illegible] i [illegible] that [illegible] [illegible]

1 #208 [illegible] 2 [illegible] [illegible] [illegible]

[illegible] [illegible] [illegible] [illegible] i [illegible] 1 x

Still got mess bowel obstruction

i #215 [illegible] about phone [illegible]

that [illegible] i done #211 [illegible]

[illegible] [illegible] i #202 [illegible] [illegible] [illegible]

cops [illegible] [illegible] to [illegible] [illegible]

[illegible] [illegible] 14 [illegible] [illegible] [illegible]

[illegible] Notary Public [illegible]

## V. STATEMENT OF CLAIM

**13. In the space hereafter provided, and on separate sheets of paper if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court WHAT you contend happened to you, WHEN the incident(s) you complain about occurred, WHERE the incident(s) took place, HOW your constitutional rights were violated, and WHO violated them? Describe how each defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.**

**DO NOT GIVE ANY LEGAL ARGUMENT OR CIT ANY CASES OR STATUTES AT THIS TIME; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULES 8 OF THE FEDERAL RULES OF CIVIL PROCEDURE REQUIRES THAT PLEADINGS BE SIMPLE, CONCISE, and DIRECT! If the court needs additional information from you, you will be notified.**

**WHERE did the incident you are complaining about occur? That is, at what institution or institutions?** BCSO, FSH, GDCP, SMU, ASMP, Hay S.P. Baldwin C.T. & FCSO.

**WHEN do you allege this incident took place?** 4/2/05 - 1/1/23.

**WHAT happened?** Med. mal-practice/Grose neg. & Falsification of med. records, here at SMU. LA#114 dom: Burnside, Sherman, King/Urology ASMP & now Here Folgrum MD refuse med. treatment on Stuff. priapism & I put on Filed record I had F/CSH W/Dr. Pisca, a specialist, rx Ultram rx & wish to get that & Folgrum was arguementative & racial/sex. discrim. & flat out refuse treatment. Also Urology-King offer viagra & ref. Ultram at ASMP sometime in 2018-2019. Also, Burnside & Sherman falsify record on bowel obstruct. I've had 10 yr now & refuse an Fleet enema 1 gtr on med line & I have bowel obstruct. False med. rec. is a Felony charge. I have other problems: ENT infection/cholestratomia/ deviated septum/broke nose by a Fusa Nostra beat in by Tanturri in 2002, Youngs lower, flies blew infection & have an abscess Fl dead tooth 9 yrs.

John A. Young [signature] — Notary Public

[Notary seal: JOHN A. YOUNG, COMMISSION EXPIRES, NOTARY PUBLIC, JULY 15, 2024, MONROE, GEORGIA]

M. Fenton atty [signature] — D. Allen Fenton

• Prec 10440 • #1149092 • D. Allen • 12/26/22

#105 can 14 to clay the Fact informed as I clear such most [illegible] clear [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] LIE [illegible] [illegible] [illegible] I heard it [illegible] [illegible] [illegible] I [illegible] [illegible] [illegible] to [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible]

Go as I need Any copies of legal Paperwork Copied today.

NOTARY PUBLIC

$500,000,000,000,000,000,000,000,000,000,000$.

**STATEMENT OF CLAIM**

18. Describe each and every **FACT**—no opinions or views, only the actual events—supporting and explaining the basis for the lawsuit you have filed. **DESCRIBE HOW EACH DEFENDANT IS INVOLVED**. Include also the names of other persons involved, dates and places. If you intend to allege a number of related claims, you should number and set forth each claim separately. **DO NOT GIVE ANY LEGAL ARGUMENT OR CITE ANY CASES OR STATUTES.** (You may attach additional sheets of paper if necessary.) S O S

MH. emotional damages: smash on site: 19-18-19, Imminent threat of danger/verbal assaultive behavior, 24/7 by cops, admn. + admn. try to collect a 30$ million $ smash order by J-666 mob King David T. Inmates: #101 #102 #103 #105, #104, Acu #109 #110 #111 #112 #113 #116 #209 #205 #213 #214 #212 all verbally assist 24/7 in 3rd degree - smash order + I have no pc of mind, try to force me to bust a cop w/shit or pee. Lt/admn. Cert and IRT's paid multiple inmates to go to me so admn. have Cert + tax squad smash on site. Cops + admn. in tower + controlle/controlle admn. offices + GBI reg. cops + MD Weaver cert girl names on audio look capt. to monitor on tera-server + shoot sexual exploits about sex preference + Perogative + flat out clog about: D. Allen, to provoke into a physical altercation w/cops + admn.

19. List the name and present address of every person who you believe was a witness to the facts set forth in number 18 and **BRIEFLY** state what each person knows (from having seen, heard, etc.) concerning what happened.

Sgt. Sprey: can vouch MD Folgrim + RN Reeves refined treatment + falsify med. records on status priapism + bowel obstruction. She also takes my grievances + can vouch over 50-80 beer filed + admn. bribes w/food + coffee to destroy copies + receipts I had. Hargrove + Timmes involved. The priapism condition in sleep is worsening, not [illegible] + do not w/heart attack or empotence worser.

JOHN A. YOUNG JR. COMMISSION EXPIRES NOTARY PUBLIC JULY 15, 2024 MONROE COUNTY, GEORGIA

John A. Young Jr. D. Allen

Notary Public D. Allen

[illegible]

[illegible] 2417 [illegible]

[illegible] 2417 [illegible]

[illegible]

$500,000,000,000,000,000,000,000,000,000,000,000,000.$

**STATEMENT OF CLAIM**

18. Describe each and every **FACT**—no opinions or views, only the actual events—supporting and explaining the basis for the lawsuit you have filed. **DESCRIBE HOW EACH DEFENDANT IS INVOLVED**. Include also the names of other persons involved, dates and places. If you intend to allege a number of related claims, you should number and set forth each claim separately. **DO NOT GIVE ANY LEGAL ARGUMENT OR CITE ANY CASES OR STATUTES.** (You may attach additional sheets of paper if necessary.)

Outta pen 3 yrs. RN Reeves refuse meds. F/2 wk. W/RN Anderson under false pre-tense, to try r make snapp cu of a 40 million $ on me by crip king r Folk chairman, increased by 700-900 people r counting w/me dead, to draw a bust on cops so a whom convict but r smash on site. They do this at every facility I go. Went to ASMP Fla urology consult and asked r offer viagra r Lupron injection F/ priapism in sleep now 14 yrs. r 3 ms. Shot Lupron on 5/12/10 caused a torturous stroke r heart damage. Urologist was not concerned r w/not let me get the one month shots any 3-6 month shots. He was rude, negligent r malpracticed, put on a pill rx that knocks down the testosterone r do not stabilize nerve damage r flat out refused an option, but 1/2 assed r a problem. Cops put cumm on food, r prohibition viagra r female hormones 24/7 by white roster r pay to smash.

19. List the name and present address of every person who you believe was a witness to the facts set forth in number 18 and **BRIEFLY** state what each person knows (from having seen, heard, etc.) concerning what happened.

Sgt. Sperry: know I'm said to be gang prop. of BMF r feed cumm r hormone r viagra 24/7. a whom Ball r Nobel r Green, Marcel, Ford, Thorston, Roland, Mark, Politz, Brown, Rosier, Reynolds, Lane r others pay dorm meth r pills to find a smash order r poison order 24/7 as dorm r cops go out r smash r now as I do V. . . . prop. r feed exploits.

JOHN A. YOUNG, JR. NOTARY PUBLIC MONROE COUNTY, GEORGIA COMMISSION EXPIRES JULY 15, 2024

[signature] Notary Public

[signature] D. Allen

LF 028
(Rev. 10/03/2022)

#2. Told I'm a' ho' & bitch & can get paid opiots & meth by a Daddy in BMF & w/be property & get black dick all day long & men w/ pay & reward w/ drugs I'm property now & Moma Brown own me & I got a pussy to turn-out & Fuck b/men. & the smash stop, but have to do a Daddy in BMF Favours. The ladies on sec. admin. talk to me like a girl & told me my name is: Donana Brown. I Respond back like a girl. Datson say you on smash & cops con't to dog from tower on audio monitor & #101 say hey & #112 say yo & #101 say heeey & #112 say yo & both con't to say toy & blo & smash & hey over lover. #112 beat on door. #101 con't to feed neg. energy & say came on me & laugh & make noises #112 say smash. #101 can that school & it a smash on site. I got a 5,000 pg. log on un & prea material & have stock priced 905 notarized 1983 doc statement of claim. #101 / #112 say hey over lover. #112 laugh & #101 say he gonna have a heart attack & heeey over here. Datson & Banks say that's over like they w/ stop & It only a try. They lie & say It schoo. I donot hate I got all kinds of medical prob. need SB consult.

**VII. Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Tortuous, nerve /ventricular damage to penus, CTE of brain, 3 disloc. 24 spine fract. ENT infect. abscess tooth.

**VIII. Relief**

State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes. If requesting money damages, include the amounts of any actual and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

$500,000,000,000,000,000,000,000,000,000,000$. I've had bowel obstruct. 10 yrs. & every Facility I've gone For 18 yrs. Falsify med. record & MH. charts. I want liquidation, rebuttal & copy right over FDA & World Health org. on all 7 continents; liquidation, rebuttal & copy right over all major stock held by Govt. top incorporated on all 7 continents; Liquidation, copy rights, rebuttal of all treasury Dept. on all 7 contin. Doctors From all 7 continents are in violation. As to doc. this 1983 Form n now #101 #113 #112 #116 #110 steady dog & smash on site w/ doc. perd by security & admin. to draw a bust & so they smash on site

John A. Young Jr.
Notary Public, Monroe County, Georgia
Commission Expires July 15, 2024

[signature]
Notary Public

5 [signature]
D. Allen

Cops yell a such other love your 2

Porch with property. After, Denver

is a state, which that not

the case I got no significant

chain. No emergency head to

receive examination cops on sight

erratic, not big enough for a

Certain cop. And All 10 say

here her tell you No I

see where you at got a soup

through. And cops yell No

Guideline. I was this, blowing

LF 028
(Rev. 10/03/2022)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Health, safty, MH-illness, exploitation, homeland sec. Nato/UN act + laws, also Police brutal + smash on site.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Imminent threat of danger, False imprisonment, kidnappin', attempted murder, poisoning + drugged on Food.

V. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

( ) Pretrial detainee
( ) Immigration detainee
(✓) Convicted and sentenced state prisoner
( ) Convicted and sentenced federal prisoner
(✓) Other (*explain*) I got Life w/o parolle, but recent indict. on new murder.

VI. **Statement of Claim**

State here as briefly as possible the facts of your case. Tell the court WHAT you contend happened to you, WHEN the incident(s) you complain about occurred, WHERE the incident(s) took place, HOW your constitutional rights were violated, and WHO violated them. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

In Imminent danger / poisoned + drugg' Food by cops + admn. Ball, Morelez, Greene, Hargrove, Noben, Brown, Williams, Ford, Thorton, Sweats, Conyers, Garner, Jordan, Sanders, Harrison, etc. with: testo Fen, prolixon, viagra causing priapism in sleep 5-7 days a wk. varying in severity 4-16 hours a Night. Also use cleaning chemicals. They get paid by a material hitlist of 700-900 people courts know I will have killed. Also gang: 711 King David + 611 Larry Jr. Hoover entire Folk chairman + VIP king order Smash on site. It involved assits on heart + penus w/ viagra, prolixon + testo Fen. Also sexual exploitation by an Pendles call gang prop. of MH counsellor, Brown, + BMF + Feel mens' Congo umm on Food + audio exploits on audio Feed in dorm 24/7 + Feed no more.

JOHN A. YOUNG, JR. COMMISSION EXPIRES NOTARY PUBLIC JULY 15, 2024 MONROE COUNTY, GEORGIA

John A Young Jr
Notary Public

Damur Allen
D. Allen

LF 028
(Rev. 10/03/2022)

#3. I also want share of gold, silver, & platinum coin currency on all 7 continents owned in pts by Govts. Shields & Sanders sit on in audio Feed & clog art about Jo Ann n now & 24/7 Go #101 & #M can't to smash'm say hey hey hey yo yo yo & try & say say they & yo rtm you & tryin' & something smash. Cops pay them with & #112 laugh make noises. Watson say that over & Banks say they smash him. I want Corleone copy rights, over all military capabilities & compounds on all 7 continents, dab to weaponry & arms & nuclear, & air Force etc.

Signed this 22nd. day of February, 20 23.

Signature of Plaintiff

STATE OF Georgia
COUNTY (CITY) OF Butts.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON 2/22/23.
(Date)

Signature of Plaintiff

JOHN A. YOUNG, JR. NOTARY PUBLIC COMMISSION EXPIRES JULY 15, 2024 MONROE COUNTY, GEORGIA

Notary Public.

[illegible] to Miles

Caps [illegible] to [illegible] 215 [illegible] [illegible], 40, Old school, [illegible] Shower, On [illegible] [illegible] top on floor [illegible] call [illegible] [illegible], [illegible] [illegible] [illegible] [illegible] girl. [illegible]? Are you serious? And [illegible] like black dick, b/pussy, 407 A preference, [illegible] I will [illegible] have sex with black & other women. I do love b/[illegible], 407 [illegible]

LF 028
(Rev. 10/03/2022)

#3. Top Incorporated over all Govt. owned major stock markets on all 7 continents. Let say they smash as I ulca. File + Fuller all a pedophile, no that god + PERU + smash + over with + get 27 + got raped Anderson say + that 2/1 + are gay no a sissy / trans, yes" + try this + you a pedophile. + They love him + Mike + make you #102 say you wrong + con a child molester + you God PERU + Am not a sex offender + they say you mad + got raped + over with. Also World health org. treasury Dept + FDA copy rights on 7 continents.

Signed this 23rd day of February, 2023.

Signature of Plaintiff

**STATE OF** Georgia
**COUNTY (~~CITY) OF~~** Butts county.

I declare under penalty of perjury that the foregoing is true and correct.

**EXECUTED ON** 2/23/23.
(Date)

Signature of Plaintiff

JOHN A. YOUNG, JR. COMMISSION EXPIRES NOTARY PUBLIC JULY 15, 2024 MONROE COUNTY, GEORGIA

Notary Public

[illegible] [illegible] D. [illegible] [illegible]

[illegible] say they + [illegible] [illegible] [illegible] [illegible] [illegible] not worried about it [illegible] to be cleared out by Sanders, [illegible], Lt. Jordan, [illegible] And called me [illegible] [illegible] say To [illegible] [illegible] anyone [illegible] told her to [illegible] [illegible] [illegible] by [illegible] over money She stole under Fraud doc [illegible] forged signatures, on P.O. atty And [illegible] had District Court [illegible]

LF 028
(Rev. 10/03/2022)

#2. Cops dog 24/7 + call u trans + gang property of BMF + that a trans + gotta turn-out + Fuck + Suck + get medical attn. + Burton, CO FWU, talk to Beaves + Fogam and about to get 30 day rx my testosterone level way too high + say I am being trained and a bitch + nasty. She call prop. of Burton + BMF + have to Fuck + sale body by a real BMF Daddy, Hightower, + be property, but get Fleet enema + additional treatment for the stuttering priapism 4-16 hours a day in sleep. 5-7 days a wk. F/14 yrs. + Burton say that u bitch + smash + you property OF BMF + get some black dick + go down on dick + a sissy + you a bitch. Cert dude say, David + you like dick + king David + smash Denver the our king smash that + in school + got heart + Italian + cs. + smash on him + blow you are in school + you are diabetic + that not true the Zyrexa cause high blood sugar + #112 say smash him + whole dorm paid meth + cash app to smash out in 3rd degree verbal assault 24/7 as cops on Feed yell Grinding.

**VII. Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

CTE, mass bowel obstruct. 10 yr. 29 spine fract. + being treated now w/ Tillman Intravein refusal F/priapism/ MD Fogam (logg progress)

**VIII. Relief**

State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes. If requesting money damages, include the amounts of any actual and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

$500,000,000,000,000,000,000,000,000,000 $. There, gotta be an 'toll' Statute on chain of custody an ongoin' violation of civil rights since: 4/12/05 on False case #06-162 in BCSO. I have killed 2 people, yeah, but not supp to be in custody, chain of custody. The Dept. charged False case: #09-1966, #09-1967 + raught on perjured testimony by ofc. Mitchell on: 9/01/09, sent to prison on: 09/22/09 + put on False charges again on: 11/18/19 + #15-911 + Then #15-1394. Cop say dog him + you get a Heart attack + get it + medicine + get it + I supp put crush hormone in pills up on Flocit + Sexually exploit 24/7.

JOHN A. YOUNG, JR.
NOTARY PUBLIC
COMMISSION EXPIRES JULY 15, 2024
MONROE COUNTY, GEORGIA

[signature] Notary Public

[signature] D. Allen

[illegible]

Cops [illegible] Porn [illegible] land him [illegible] not [illegible] BF [illegible] 5 hours as I try to stop [illegible] harder [illegible] do that on [illegible] 610 [illegible] on me 1st 2xs [illegible] get hard [illegible] not stop 5 hours [illegible] head back down, [illegible] up [illegible] to rape 5 hours [illegible]

LF 028
(Rev. 10/03/2022)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

This worser than: Harsh, cruel, unusual treatm. that Tillman just now got Fogam treat priapism.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

14yrs. stuttering priapism, + got mass bowel obstruct. + cops, admn. + inmate verbally asslt.

**V. Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

( ) Pretrial detainee
(✓) Immigration detainee
( ) Convicted and sentenced state prisoner
( ) Convicted and sentenced federal prisoner
(✓) Other *(explain)* Held on False charges w/ killed (2) people / possm

**VI. Statement of Claim**

State here as briefly as possible the facts of your case. Tell the court WHAT you contend happened to you, WHEN the incident(s) you complain about occurred, WHERE the incident(s) took place, HOW your constitutional rights were violated, and WHO violated them. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Jordan, Shields + Sanders sit on an audio feed and sync/app. to 1,000 giga-byte, tera-server, + dog out r. now as I doc. claim about Jo Allen (west doc.) smash on site. And cops, Tillman + Hargrove say they love cops smash + die + got rank + cop call pedoph over radio, + that not the case. Cops on radio + cop in dorm say smash him + schoo + no, love + smash him + you on smash + not on lockdown, radio blare pedophile + w/ people say, but say you go no + cop say schoo + that schoo + A not, I'm on poison + they smash + not a sissy + they try him + they smash + got heart. #212 dog + cops steady dog-out of Josephine Allen + cop yell that a trait + Danielle + got MD + A the chris to knock testosterone level down F170 mo' days then assess.

JOHN A. YOUNG, JR. NOTARY PUBLIC COMMISSION EXPIRES JULY 15, 2024 MONROE COUNTY, GEORGIA

[signature]
Notary Public

[signature]
D. Allen

**14. List the name and address of every person you believe was a WITNESS to the incident(s) you complain about, BRIEFLY stating what you believe each person knows from having seen or heard what happened.** (USE ADDITIONAL SHEETS, IFNECESSARY)

Sgt. Spivey: know of med. malpractice, neg. + gross Fashion.
Lt Bentley: False med. records, False Imprisonment.
Lt. Jordan: know get poisoned by cops for cortelle sways.
Dr Anderson: know Fagan, Reaves Falsify MD records.
Dr Anderson: know Dr Johnson tmper with [illegible] w/viagra.

**15. BRIEFLY state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes!** (USE ADDITIONAL SHEETS, IF NECESSARY)

$500,000,000,000,000,000,000,000,000,000,000 $. Top Incorporated over all maj. stock markets all 7 continents. maj. cash payment. Need Fleet enema on incline bowel obstruction, + Ultram, Lupron For penis disfunction had since Nov. 2013 on bowels, 9/29/09 on priapism stuttered after 18 hour erection unt. From an intentional Overdose By Dr. David Rowley on 9/22/09, Send me a copy of this lawsuit. Allow medical injunction.

**16. You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under §1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you <u>will</u> be afforded an opportunity to respond thereto.**

**17. KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO <u>DILIGENTLY</u> PROSECUTE IT. That means that you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case <u>before</u> you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT! IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE! If you fail to prosecute your case, it will be dismissed under Rule 41 of the Federal Rules of Civil Procedure.**

**Signed this** 18th **day of** December, **20**23.

[signature]

**PLAINTIFF**